# COMPLAINT EXHIBIT 1

# COMPLAINT EXHIBIT 1



We hereby confirm the following order:

| | |
|---|---|
| Order No: | 119737 |
| Vessel: | BRITAIN BAY (IMO: 9615729) |
| Port: | Trincomale |
| Date Range: | 14 Oct 2023    to  21 Oct 2023 |
| Buyer: | Synabulk Ltd AND JOINTLY AND SEVERALLY OWNERS/MANAGING OWNERS/OPERATORS/MANAGERS/DISPONENT OWNERS/CHARTERERS. MERE RECEIPT OF THIS CONFIRMATION SIGNIFIES ACCEPTANCE OF RESPONSIBILITY FOR PAYMENT OF OUR BUNKER INVOICE BY EACH AND ALL OF THEM. |
| Seller: | Integr8 Fuels Pte Ltd |
| Supplier: | Lanka IOC |
| Payment Term: | In full within 30 days from the date of delivery by telegraphic transfer (without set-off, counterclaim, deduction and/or discount, free of bank charges) |

| Fuel Grade | Spec | Min Qty | Max Qty | Price |
|---|---|---|---|---|
| VLSFO 0.5% RMG 380(Max Sulphur: 0.5%) | ISO 8217:2010 | 250 MT | 300 MT | USD 709 Per MT |

BINDING AGREEMENT:
THIS CONFIRMATION NOTE IS EXPRESSLY LIMITED TO BUYER'S ACCEPTANCE OF THESE TERMS AND THE INCORPORATED INTEGR8 GENERAL TERMS AND CONDITIONS, AND INTEGR8, AS SELLER, OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS."
This Confirmation Note cancels and supersedes any prior correspondence, including broker's correspondence, in relation to this transaction. This Contract is intended to reflect accurately and completely the agreement between the Parties as to the transaction. This Confirmation Note shall be deemed conclusively binding on the Buyer.  Any additional or different terms from those set forth herein that Buyer proposes in any succeeding correspondence are deemed proposals only, and shall not be binding on Seller unless Seller expressly accepts and agrees to such terms in writing, and all other terms and provisions in this Confirmation Note shall remain unchanged and binding upon the Buyer.

Additional Information:
( 4 hours waiting time - subject to weather* ) quality 30 days/ quantity 15 days
Credit days between 30 – 45 days

| | |
|---|---|
| Agent: | TBA |

Please note that Seller's General Terms and Conditions (including the arbitration clause within those General Terms and Conditions, the "GTC") will apply to this contract, a copy which is available on request or from our website at https://integr8fuels.com/tandcs/. Any capitalised terms used but not defined herein shall have the respective meanings given to them in the GTC.

Failure to request the GTC shall be taken as confirmation by the Buyer that it is aware of and accepts such GTC.

Please ensure that master/Agents are instructed to liaise closely with Supplier to arrange final quantities and timings for smooth delivery;

Bunkers are stemmed for the contracted delivery dates above. If a vessel requires bunkers during a time other than the date(s) specified above, such delivery will be on a 'commercially reasonable endeavours' basis. Seller will not be held liable or responsible for any delays, demurrage, or any other additional costs
incurred as a result of a 'commercially reasonable endeavours' delivery;

All supplies at anchorage are subject to suitable weather conditions.

Distillate grades are not guaranteed for Cold Flow Properties unless specified otherwise in this confirmation.

PLEASE BE ADVISED THAT OUR 24 HR OPERATIONS CONTACT IS AS FOLLOWS :
Contact Person : Ms. Tanishka Singh - +91-8655634935(Mobile), mumbaiops@integr8fuels.com(Email)

As a result of CV-19 please note that all Integr8 invoices are now only being sent electronically. Please treat electronic and scanned invoices, BDN's and bunker receipts as originals and payment needs to be made basis email receipt of these documents. Integr8's bank details remain unchanged, for any queries please contact "revenuecontrol@integr8fuels.com"

We thank you for this order.