**GELLERT SCALI BUSENKELL & BROWN, LLC**

Gary F. Seitz, Esq.
gseitz@gsbblaw.com

February 19, 2024

**Via CM/ECF**
United States District Court
District of New Jersey
Attention: Office of the Clerk
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE:   Request for Refund of $405.00:  Receipt Number: ANJDC-15092307
      <u>D. N.J. C.A. No.: 24-00877 KMW & AMD</u>

Dear Sir/Madam,

On February 15, 2024, my firm filed the Civil Cover Sheet [D.I. 1] opening the above-referenced matter, Case No. 24-00877 KMW & AMD and paid the fee of $405.00 (Receipt Number: ANJDC-15092227).  Additionally on February 15, 2024, my firm filed the Complaint [D.I. 2] which resulted in a second filing fee of $405.00 (Receipt Number: ANJDC-15092307).

Would you please refund the second fee of $405.00 at your earliest convenience?

Please call me if you have any questions.   Thank you for your help in this matter.

Respectfully,

*/s/ Gary F. Seitz*

Gary F. Seitz, Esq.
Gellert Scali Busenkell & Brown, LLC
Telephone: (215) 238-0011
gseitz@gsbblaw.com

*Attorney for Plaintiff,*
*Integr8 Fuels PTE LTD*