UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| INTEGR8 FUELS PTE LTD, | * | Civil Action No. 24-877-KMW-AMD |
| *Plaintiff,* | * | Admiralty (FRCP 9(h)) |
| v. | * | |
| M/V BRITAIN BAY (IMO No. 9615729), *in rem,* | * | |
| *Defendant.* | * | |

## ORDER VACATING ORDERS AUTHORIZING WARRANT FOR ARREST AND APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Upon the Letter Motion for Issuance of an Order Vacating the Order for a Warrant for Arrest and the Order for Appointment of a Substitute Custodian filed by Plaintiff Integr8 Fuels Pte Ltd, it is hereby:

**ORDERED,** based on the representation of counsel for plaintiff that security has been posted on behalf of the shipowners of the vessel to the satisfaction of shipowners and plaintiff, the Order for a Warrant to Seize the M/V Britain Bay, IMO No. 9615729 ("Vessel") that authorized the arrest of said Vessel and the Order Appointing Ring Maritime Services as a substitute Custodian issued on February 16, 2024 are hereby **VACATED.**

SIGNED at Camden, New Jersey, on this 21st day of February 2024

_____
ANN MARIE DONIO, U.S.M.J.